UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 03-60125-CR-LENARD/SIMONTON

UNITED STATES OF AMERICA

    Plaintiff,

v.

KOLAY JAMES,

    Defendant.
_____/

**NIGHT BOX FILED**
NOV 22 2005
CLARENCE MADDOX
USDC / SDFL / MIA

GOVERNMENT'S MOTION TO REDUCE DEFENDANT'S SENTENCE
PURSUANT TO RULE 35(b), FEDERAL RULES OF CRIMINAL PROCEDURE

    COMES NOW the United States of America, by and through its undersigned Assistant United States Attorney, and files this Government's Motion to Reduce Defendant's Sentence Pursuant to Rule 35(b), Federal Rules of Criminal Procedure, as follows:

    1. The defendant pled guilty to Count One of the Indictment, pursuant to a plea agreement, and, on January 12, 2005, was sentenced to 51 months' imprisonment. The defendant is currently incarcerated.

    2. The defendant agreed to cooperate in the instant case and was fully debriefed by the Federal Bureau of Investigation (FBI). The defendant provided historical information concerning his knowledge of drug trafficking. In addition, the defendant



testified as a government witness in the case of <u>United States v. David Abellard</u>, 03-60125-CR-LENARD. Mr. James provided truthful, compelling testimony in that case and the jury returned a verdict of guilty on all counts of the indictment.

3. The defendant has clearly provided substantial assistance to the United States. Accordingly, the government requests that the defendant's sentence be reduced by at least one third.

4. The defendant is currently incarcerated outside the Southern District of Florida. Therefore, if the Court desires the defendant's presence at any hearing on this matter, the government requests thirty days notice to produce the defendant.

                           Respectfully submitted,

                           R. ALEXANDER ACOSTA
                           UNITED STATES ATTORNEY

By: _____
     TERRENCE J. THOMPSON
     Assistant United States Attorney
     Court No. A5500063
     500 E. Broward Blvd., Suite 700
     Fort Lauderdale, Florida  33301
     (954) 356-7306
     (954) 356-7228 (facsimile)
     Terrence.Thompson@justice.usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a copy of this Government's Motion to Reduce Sentence Pursuant to Rule 35(b), Federal Rules of Criminal Procedure, was served this 22nd day of November 2005, upon Jack O'Donnell, Esquire, 2850 North Andrews Avenue, Fort Lauderdale, Florida 33308.

_____
TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY