## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## CASE NO. 03-60125-CR-LENARD

UNITED STATES OF AMERICA,

      Plaintiff,

vs

KOLAY JAMES,

      Defendant.

_____/

FILED by _____ D.C.

NOV 2 9 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.   MIAMI

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   THE UNITED STATES MARSHAL,
       SOUTHERN DISTRICT OF FLORIDA, and

       WARDEN, Miami FCI, Miami, FL

It appearing that the defendant in the above case, Kolay James Reg No. 72567-004, is confined at FCI Miami, and that this case is set for a Rule 35 Motion hearing in Miami, Florida on December 16, 2005, at 2:30 p.m., and that it is necessary for said witness to be before this Court;

NOW, THEREFORE, this is to command you, the United States marshal for the Southern District of Florida, that you have the body of the said Kolay James now in custody as aforesaid, under safe and secure conduct, before this Court at Courtroom Seven, 301 North Miami Avenue, Miami, Florida, by or before 2:30 p.m., on December 16, 2005 on criminal charges pending against the defendant in this case, and upon conduct to the custody of the Warden of the aforesaid penal institution..

And this is to command you, the Warden of FCI Miami, to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the said Kolay James for safe and secure conduct to this District for the purpose of aforesaid.

USA v. James 03-60125-CR-JAL  Writ

DONE AND ORDERED at the United States District Courthouse, in Miami, Florida this
29 day of November, 2005.

JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

cc:    Terry Thompson, AUSA
       U.S. Marshals Service