**CRIMINAL MINUTES/CALENDAR**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE __JOAN A. LENARD__

Case No. __03-60125-CR-__   Date __December 16, 2005__

Clerk __P. MITCHELL__   Court Reporter __LISA EDWARDS__
Interpreter __none__
UNITED STATES OF AMERICA v. __Kolay James__

AUSA __Terry Thompson__   Defense Atty. __Jack C. Donnell__

Defendant(s): Present __x__ Not Present ____ In Custody __x__

TYPE OF HEARING: _____

FILED by ____ D.C.
DEC 19 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Result of Hearing: __M/Granted; Sentenced reduced to 97 mths.; all other conditions to remain in effect.__

Case Continued to: _____   Time _____   For _____