UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-60125-CR-LENARD

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.

**KOLAY JAMES,**

    Defendant.
_____/



## ORDER GRANTING MOTION FOR REDUCTION OF SENTENCE AND AMENDING ORDER OF JUDGMENT AND COMMITMENT

THIS MATTER having come before the Court upon the Government's Motion to Reduce Sentence imposed as to the Defendant, Kolay James, pursuant to Rule 35, Federal Rules of Criminal Procedure, as amended, the Court having reviewed said motion and the reasons advanced therein and the Court being fully advised as to the facts and circumstances of this case, it is

**ORDERED AND ADJUDGED** that the Government's Motion to Reduce the Sentence is **GRANTED**. It being further,

**ORDERED** that the original Order of Judgment, entered January 12, 2005 is hereby AMENDED, as follows:

That the Defendant, Kolay James, is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a **term of twenty-seven months**, as to one. It being further,

**ORDERED AND ADJUDGED** that all other provisions of the original Judgment and Commitment Order, entered on January 12, 2005, shall remain in full force and effect.

**DONE AND ORDERED** in chambers at the United States District Courthouse in Miami, Florida this ___19___ day of ~~January~~ Dec., 2005.



03-60125-CR-JAL USA v. James Rule 35 Order

_(signature)_
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**

cc:   Terry Thompson, AUSA
      Jack O'Donnell, Esq.
      US Marshals Service